Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 18 PM 1:24
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 0853**

The person charged as **Dawn Marie Hammer** now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of **Utah**

with **Aggravated Identify Theft; Access Device Fraud; and Bank Fraud**, in violation of **Title 18 U.S.C. sections 1028A and 1029(a)(2); Title 18 U.S.C. section 1344**

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: **3/18/08**

_____
Timothy France, Postal Inspector
(Name)
~~Deputy United States Marshal~~
U.S. Postal Inspection Service

Reviewed and Approved:

Dated: **3/18/08**

_____
Assistant United States Attorney

AO 442

# United States District Court

### DISTRICT OF UTAH - NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

Dawn Marie Hammer

## WARRANT FOR ARREST

CASE NUMBER: 1:08-cr-00023-DS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **DAWN MARIE HAMMER**
aka: Dawn Marie Holbrook; Dawn Marie Watson, Carrie Watson
<br>_Name_

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

**Alleged Access Device Fraud; Alleged Bank Fraud; Alleged Aggravated Identity Theft.**

in violation of __18 USC 1029(a)(2); 18 USC 1344; 18 USC 1028A__ United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

Signature of Issuing Officer

By: Bonita King, Deputy Clerk

March 5, 2008 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

BRETT L. TOLMAN, United States Attorney (#8821)
J. DREW YEATES, Assistant United States Attorney (#9811)
Attorneys for the United States of America
185 South State Street, Ste. 300 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924
email: drew.yeates@usdoj.gov

FILED
U.S. DISTRICT COURT

2008 MAR -5  P 3: 01

DISTRICT OF UTAH

BY: _____
    DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAWN MARIE HAMMER, <br><br> AKA Dawn Marie Holbrook, Dawn Marie Watson, Carrie Watson. <br><br> Defendant. | **INDICTMENT** <br><br> VIO. <br> 18 U.S.C. § 1029(a)(2), Access Device Fraud; 18 U.S.C. § 1344, Bank Fraud; and 18 U.S.C. § 1028A, Aggravated Identity Theft <br><br> Case: 1:08-cr-00023 <br> Assigned To : Sam, David <br> Assign. Date : 3/5/2008 <br> Description: USA v. |

The Grand Jury charges:

### COUNT 1
### 18 U.S.C. § 1029(a)(2)
### (Access Device Fraud)

On or about the dates set forth below, in the Northern Division of the District of

Utah,

DAWN MARIE HAMMER,

Defendant herein, did knowingly and with intent to defraud, use an unauthorized access device, that is, a Chase Bank Visa Card, and obtained anything of value, the aggregate of which is equal to or greater than $1,000, which offense affects interstate commerce.

| Date (On or about) | Access Device | Merchant | Amount |
|---|---|---|---|
| March 15, 2007 | Card No.: **** **** **** 3351 | Crus Oil Inc. | $1,669.87 |
| March 16, 2007 | Card No.: **** **** **** 3351 | Idea Inc. | $221.41 |
| March 27, 2007 | Card No.: **** **** **** 3351 | Japanese Auto Parts | $295.00 |
| June 11, 2007 | Card No.: **** **** **** 3351 | Utah State Tax Commission | $107.75 |

All in violation of 18 U.S.C. §§ 1029(a)(2), and punishable by 18 U.S.C. § 1029(c)(1)(A)(i).

## COUNT 2
## 18 U.S.C. § 1028A
## (Aggravated Identity Theft)

From on or about March 15, 2007 through June 11, 2007, in the Northern Division of the District of Utah,

DAWN MARIE HAMMER,

Defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, namely the name of "S.H.", during and in relation to

committing a violation of 18 U.S.C.§ 1029(a)(2) (Access Device Fraud), as set forth in Count 1 of this Indictment, which is hereby incorporated by reference as though fully stated herein.

All in violation of 18 U.S.C. § 1028A and punishable by the same.

## COUNT 3
## 18 U.S.C. § 1344
## (Bank Fraud)

From on or about August 2, 2007, through August 6, 2007, in the Northern Division of the District of Utah,

DAWN MARIE HAMMER,

Defendant herein, did knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution, namely First Internet Bank of Indiana ("FIBI"), a financial institution, whose deposits at all times material to this Indictment were insured by the Federal Deposit Insurance Corporation, to obtain moneys and funds owned by and under the custody and control of FIBI by means of false pretenses and representations.

To further this scheme and artifice, on or about August 2, 2007, the Defendant, without authorization and by feigning to be "O.H.", submitted an online loan application for a $25,700 loan from FIBI. To support her claim that she was "O.H." Defendant used the personal identifying information of "O.H."

As a further part of this scheme, on or about August 2, 2007, Defendant, representing herself to be "O.H.", corresponded with a representative of Southeast Financial Services, the loan broker, and instructed that the loan proceeds be sent to "Dawn Hammer." Furthermore, on or about August 6, 2007, Defendant provided Southeast Financial Services with a written authorization, purporting to be signed by "O.H.", for the release of funds to "Dawn Hammer."

All in violation of 18 U.S.C. § 1344 and punishable by the same.

## COUNT 4
## 18 U.S.C. § 1028A
### (Aggravated Identity Theft)

From on or about August 2, 2007, through August 6, 2007, in the Northern Division of the District of Utah,

DAWN MARIE HAMMER,

Defendant herein, did knowingly possess and use, without lawful authority, a means of identification of another person, namely, the name, date of birth, and social security number of "O.H." during and in relation to committing a violation of 18 U.S.C. § 1344 (Bank Fraud), as set forth in Count 3 of this Indictment, which is hereby incorporated by reference as if fully stated herein.

//

//

All in violation of 18 U.S.C. § 1028A and punishable by the same.

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
J. DREW YEATES
Assistant United States Attorney