MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
APRIL 3, 2008

| HON. LEO S. PAPAS | DEPUTY CLERK: J. JARABEK |
|---|---|

08MJ0853-LSP     USA     VS     DAWN MARIE HAMMER(1/C/ENG)05608032

```
                         1: KENNETH TROIANO
                         AUSA: JAMES MELENDRES
```

REMOVAL/ID HEARING
==================================================================
PCL08:1041-1043


DEFT ADMITS IDENTITY AND WAIVES REMOVAL/ID HEARING
WAIVER OF RULE 5(c) & 5.1(a) FILED
COURT ORDERS DEFT REMOVED FORTHWITH

WARRANT OF REMOVAL SUBMITTED